Mark Stromberg, Esquire
STROMBERG & ASSOCIATES, P.C.
Two Lincoln Centre
5420 LBJ Freeway, Suite 300
Dallas, TX 75420
Telephone: (972) 458-5353
Facsimile:  (972) 770-2156

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **IN RE:** | : | |
| Ellen Grant | : | Case No. 08-36589 |
| | : | Chapter 7 |
| Debtor | : | |
| _____ | : | _____ |
| | : | |
| Ellen Grant | : | Adv. Pro. No. 09-03042 |
| Plaintiff, | : | |
| v. | : | |
| American Express Financial Corporation | : | |
| Defendant | : | |

## ANSWER TO CORE ADVERSARY PROCEEDING COMPLAINT FOR CIVIL CONTEMPT AND DAMAGES AND INJUNCTIVE RELIEF

American Express Financial Corporation, (hereinafter collectively "American Express"), hereby answers the Complaint and in support thereof avers as follows:

### I.  INTRODUCTION

Admitted.

### II. JURISDICTION AND VENUE

1. Admitted.

### III. PARTIES

2. Admitted.

3. Admitted.

## IV. FACTUAL ALLEGATIONS

4. Admitted.

5. After reasonable investigation, American Express lacks the knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and therefore, denies same.

6. After reasonable investigation, American Express lacks the knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and therefore, denies same.

7. After reasonable investigation, American Express lacks the knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and therefore, denies same.

8. After reasonable investigation, American Express lacks the knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and therefore, denies same.

9. After reasonable investigation, American Express lacks the knowledge or information sufficient to form a belief as the truth of the allegations of this paragraph, and therefore, denies same.

10. After reasonable investigation, American Express lacks the knowledge or information sufficient to form a belief as the truth of the allegations of this paragraph, and therefore, denies same.

11. After reasonable investigation, American Express lacks the knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and therefore, denies same.

12. After reasonable investigation, American Express lacks the knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and therefore, denies same.

## V. DAMAGES

13. After reasonable investigation, American Express lacks the knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and therefore, denies same.

14. After reasonable investigation, American Express lacks the knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and therefore, denies same.

15. After reasonable investigation, American Express lacks the knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and therefore, denies same.

16. After reasonable investigation, American Express lacks the knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and therefore, denies same.

17. After reasonable investigation, American Express lacks the knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and therefore, denies same.

18. After reasonable investigation, American Express lacks the knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and therefore, denies same.

19. After reasonable investigation, American Express lacks the knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and therefore, denies same.

20. After reasonable investigation, American Express lacks the knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and therefore, denies same.

21. After reasonable investigation, American Express lacks the knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and therefore, denies same.

22. After reasonable investigation, American Express lacks the knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and therefore, denies same.

23. After reasonable investigation, American Express lacks the knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and therefore, denies same.

24. After reasonable investigation, American Express lacks the knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and therefore, denies same.

25. After reasonable investigation, American Express lacks the knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and therefore, denies same.

26. After reasonable investigation, American Express lacks the knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and therefore, denies same.

27. After reasonable investigation, American Express lacks the knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and therefore, denies same.

28. After reasonable investigation, American Express lacks the knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and therefore, denies same.

29. After reasonable investigation, American Express lacks the knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and therefore, denies same.

30. After reasonable investigation, American Express lacks the knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and therefore, denies same.

31. After reasonable investigation, American Express lacks the knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and therefore, denies same.

32. After reasonable investigation, American Express lacks the knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and therefore, denies same.

33. After reasonable investigation, American Express lacks the knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and therefore, denies same.

34. After reasonable investigation, American Express lacks the knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and therefore, denies same.

**WHEREFORE,** Defendant American Express Financial Company prays this Honorable Court for judgment in its favor dismissing Complaint and awarding such further relief as the Court deems just.

Respectfully submitted,
STROMBERG & ASSOCIATES, P.C.

By: /s/ Mark Stromberg
Mark Stromberg, Esquire
STROMBERG & ASSOCIATES, P.C.
Two Lincoln Centre
5420 LBJ Freeway, Suite 300
Dallas, TX 75420
Telephone: (972) 458-5353
Facsimile: (972) 770-2156

Local counsel for American Express Travel Related Services Company, Inc.

And

Eugene J. Chikowski, Esquire
Flaster Greenberg, P.C.
Eight Penn Center
1628 JFK Blvd., 15th Floor
Philadelphia, PA 19103
Phone (215) 279-9382
Fax (215) 279-9394

Counsel for American Express Travel Related Services Company, Inc.